**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| MARY M. ZAPATA et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     Civ. No. 1:13-cv-00022 (ASH) |
| | ) |
| UNITED STATES et al., | ) ) |
| Defendants. | ) ) |

## DEFENDANTS DEPARTMENT OF JUSTICE AND DEPARTMENT OF HOMELAND SECURITY'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendants United States Department of Justice and United States Department of Homeland Security ("Defendants") hereby answer the claims against them in Plaintiffs' Third Amended Complaint ("Complaint"), which are limited to claims brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.[1] The answer is contained in the following numbered paragraphs, which correspond to the numbered paragraphs in the Complaint relevant to the claims against the Department of Justice and Department of Homeland Security:

16. Defendant Department of Justice admits the statement in the first sentence of this paragraph. The statement in the second sentence of this paragraph contains a legal conclusion, to which no response is required.

---

[1] FOIA requires that a "defendant shall serve an answer or otherwise plead to any complaint . . . *within thirty days* after service upon the defendant . . . ." 5 U.S.C. § 552(a)(4)(C) (emphasis added). The time within which other federal defendants must answer or otherwise respond to the non-FOIA claims in Plaintiffs' Third Amended Complaint is governed by Fed. R. Civ. P. 12(a), which allows for *sixty days* following proper service.

17. Defendant Department of Homeland Security admits the statement in the first sentence of this paragraph. The statement in the second sentence of this paragraph contains a legal conclusion, to which no response is required.

29. This paragraph contains an allegation that "[t]he Court has jurisdiction over Plaintiffs' FOIA action under 5 U.S.C. § 552(a)(4)(B)." This statement is a legal conclusion regarding jurisdiction, to which no response is required.

30. This paragraph contains a legal conclusion regarding venue, to which no response is required.

156. This paragraph re-alleges and incorporates by reference the preceding paragraphs in the Complaint. No response is required.

157. This paragraph contains a characterization of Plaintiffs' Freedom of Information Act ("FOIA") claims and a legal conclusion. No response is required.

158. Defendant Department of Justice admits the allegation in this paragraph.

159. Defendant Department of Homeland Security admits the allegation in this paragraph.

160. This paragraph contains a characterization of Plaintiffs' correspondence with Defendants, to which no response is required.

161. This paragraph contains legal conclusions and a characterization of correspondence from Defendants, to which no response is required. Defendants deny the statements in the remainder of the paragraph.

162. This paragraph contains legal conclusions, to which no response is required.

163. Defendants deny.

164.     This paragraph contains a prayer for relief, to which no response is required.  If a response is required, Defendants deny that Plaintiffs are entitled to the relief requested.

179.     The statement in the first sentence of this paragraph contains a characterization of Plaintiffs' lawsuit, to which no response is required.  The statement in the second sentence of this paragraph contains a legal conclusion, to which no response is required.

The other paragraphs in the Complaint are unrelated to Plaintiffs' FOIA claims, and therefore no response is required in this Answer.  With respect to all allegations related to Plaintiffs' FOIA claims, Defendants deny each and every allegation of the Complaint, except to the extent expressly admitted or qualified above.

Dated: March 27, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*Luke M. Jones*
LUKE M. JONES
Attorney-In-Charge
Virginia Bar Number 75053
Admitted *Pro Hac Vice*
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6126
Washington, DC 20530
Tel: (202) 514-3770
Fax: (202) 616-8460
Email:  luke.jones@usdoj.gov

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that, on this 27th day of March, 2013, the forgoing Answer will be served on Plaintiffs' counsel electronically by means of the Court's CM/ECF software.

Dated: March 27, 2013

*/s/ Luke M. Jones*
LUKE M. JONES