| | |
|---|---|
| Mary M. Zapata, Individually and as Administrator of the Estate of Jaime J. Zapata, Amador Zapata, Jr., and Victor Avila, Jr. § § § § v. § § § The United States of America; Manuel Barba; § Otilio Osorio; Ranferi Osorio; Kelvin Morrison; § Blandon Derrick Shaffer; Robert Riendfliesh; § JJ's Pawn Shop, Inc.; Unknown FFL § Dealer; BAE Systems, Inc.; Unknown § Vehicle Manufacturer/Outfitter; § Department of Justice; Department of § Homeland Security; Kenneth Melson; William § D. Newell; Hector Tarango; David Voth; § Lanny Breuer; Luis Alvarez; Juan Gelista; Jere § T. Miles; Anthony Salisbury; Raul O. Aguilar; § and John and Jane Doe(s) § | Civil Action No. 1:13-cv-00022 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs Mary M. Zapata, Individually and as Administrator of the Estate of Jaime J. Zapata, Amador Zapata, Jr. and Victor Avila, Jr., Plaintiffs in the above-referenced cause and JJ's Pawn Shop, Inc., a Defendant herein (collectively "the Parties") and file this Notice of Settlement and announce to the Court as follows:

1. The Parties jointly come before the Court and announce that all claims and controversies between them have been resolved.

2. The Parties will submit final disposition papers within thirty (30) days of this notice.

3. Plaintiffs' settlement with JJ's Pawn Shop, Inc. does not and is not intended to affect Plaintiffs' claims against any other defendant in the above-referenced cause.

WHEREFORE PREMISES CONSIDERED the Parties request that the Court take notice of this

Notice of Settlement between Plaintiffs and JJ's Pawn Shop, Inc.

Respectfully Submitted,

By: /s/ Erin A. Hudson
State Bar No. 24059978
Federal ID 1101277
E. Michael Rodriguez
Federal ID 18759
**ATLAS, HALL & RODRIGUEZ, LLP**
50 Morrison Rd., Suite A
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

Benigno (Trey) Martinez
Tomas F. Tijerina
**LAW OFFICE OF BENIGNO (TREY) MARTINEZ, PLLC**
**LAW OFFICE OF TONY MARTINEZ, PC**
1201 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Facsimile: (956) 544-0602

Raymond L. Thomas
Ricardo Pumarejo
**KITTLEMAN, THOMAS & GONZALES, PLLC**
4900-B North 10th Street
McAllen, Texas 78504
Telephone: (956) 686-8797
Facsimile: (956) 630-5199

Magdalena Villalobos
**RAD LAW FIRM**
2001 Beach Street, Suite 600
Fort Worth, Texas 76103
Telephone: (817) 543-1990
Facsimile: (817) 543-1319

**COUNSEL FOR PLAINTIFFS**

By: /s/ Richard Hunt Gately  
Richard Hunt Gateley  
Christopher E Stoy  
Henri J Dussault  
**Bracket & Ellis**  
100 Main Street  
Fort Worth, Texas 76102-3090  
**COUNSEL FOR JJ'S PAWN SHOP, INC.**

## CERTIFICATE OF SERVICE

On August 30, 2014, the undersigned counsel certifies that all counsel of record have been served a copy of the foregoing document in compliance with the Federal Rules of Civil Procedure and via the court's electronic filing system as follows:

Mr. Edward J. Martin
**U.S. Department of Justice, Civil Division**
1425 New York Ave., NW, Room 8142
Washington, DC 20005
Email: Edward.martin2@usdoj.gov
*VIA ELECTRONIC FILING*

Mr. John Barnaby Skaggs
**Skaggs & Gonzalez, LLP**
710 Laurel
McAllen, Texas 78501
Email: sgllp@sbcglobal.net
*VIA ELECTRONIC FILING*

Mr. Luke Matthew Jones
**U.S. Department of Justice**
20 Massachusetts Ave, NW, Room 6126
Washington, DC 20530
Email: luke.jones@usdoj.gov
*VIA ELECTRONIC FILING*

Mr. Manuel Barba
**USP Lompoc U.S. Penitentiary**
3901 Klein Blvd.
Lompoc, CA 93436
*VIA REGULAR MAIL*

Bruce D. Campbell
bcampbell@perkinscoie.com
Mack H. Shultz Jr.
mshultz@perkinscoie.com
**PERKINS COI LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
*VIA ELECTRONIC FILING*

By:   /s/ Erin A. Hudson