**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

_____

| | |
|---|---|
| MARY M. ZAPATA et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:13-cv-00022 (ASH) |
| ) | |
| UNITED STATES et al., ) | |
| ) | |
| Defendants. ) | |

_____)

**<u>DEFENDANTS DEPARTMENT OF JUSTICE AND DEPARTMENT OF HOMELAND
SECURITY'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT</u>**

Defendants United States Department of Justice and United States Department of
Homeland Security ("Defendants") hereby answer the claims against them in Plaintiffs' Fifth
Amended Complaint ("Complaint"), which are limited to claims brought under the Freedom of
Information Act ("FOIA"), 5 U.S.C. § 552.  The answer is contained in the following numbered
paragraphs, which correspond to the numbered paragraphs in the Complaint relevant to the
claims against the Department of Justice and Department of Homeland Security:

15.     Defendants Department of Justice and Department of Homeland Security admit
the statement in this paragraph.

17.     This paragraph contains an allegation that "[t]he Court has jurisdiction over
Plaintiffs' FOIA action under 5 U.S.C. § 552(a)(4)(B)."  This statement is a legal conclusion
regarding jurisdiction, to which no response is required.

18.     This paragraph contains a legal conclusion regarding venue, to which no response
is required.

103. This paragraph re-alleges and incorporates by reference the preceding paragraphs in the Complaint. No response is required.

104. This paragraph contains a characterization of Plaintiffs' Freedom of Information Act ("FOIA") claims and a legal conclusion. No response is required.

105. Defendant Department of Justice admits the allegations in this paragraph.

106. Defendant Department of Homeland Security admits the allegations in this paragraph.

107. This paragraph contains a characterization of Plaintiffs' correspondence with Defendants, to which no response is required.

108. This paragraph contains legal conclusions and a characterization of correspondence from Defendants, to which no response is required. Defendants deny the statements in the remainder of the paragraph.

109. This paragraph contains legal conclusions, to which no response is required.

110. Defendants deny.

111. This paragraph contains a prayer for relief, to which no response is required. If a response is required, Defendants deny that Plaintiffs are entitled to the relief requested.

124. The statement in the first sentence of this paragraph contains a characterization of Plaintiffs' lawsuit, to which no response is required. The statement in the second sentence of this paragraph contains a legal conclusion, to which no response is required.

The other paragraphs in the Complaint are unrelated to Plaintiffs' FOIA claims, and therefore no response is required in this Answer. With respect to all allegations related to Plaintiffs' FOIA claims, Defendants deny each and every allegation of the Complaint, except to the extent expressly admitted or qualified above.

Dated: September 29, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*s/Nathan Swinton*
NATHAN SWINTON (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-7667
Fax: (202) 616-8470
Nathan.M.Swinton@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.3, I hereby certify that, on September 29, 2014, the foregoing

Answer will be served on Plaintiffs' counsel electronically by means of the Court's CM/ECF

software.


Dated: September 29, 2014          *s/Nathan Swinton*
                                               NATHAN SWINTON