**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Mary M. Zapata, et al., | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | Case No. 1:15-cv-27 |
| | : | |
| O'Gara-Hess & Eisenhardt Armoring Company, L.L.C., | : | Judge Timothy S. Black |
| | : | **RULE 26(f) REPORT OF** |
| Defendants. | : | **PARTIES** |

1.     Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 6, 2015, and was

attended by:

H. Louis Sirkin, E. Michael Rodriguez, and Benigno (Trey) Martinez, *Counsel for Plaintiff*

Russell S. Sayre and Mack H. Shultz, *Counsel for Defendant O'Gara-Hess & Eisenhardt Armoring Company, L.L.C.*

2.     The parties:

_____     have provided the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1), including a medical package (if applicable).

 X     will exchange such disclosures by March 2, 2015.

_____     are exempt from disclosure under Fed. R. Civ. P. 26(a)(1)(E).

3.     The parties:

_____     unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

 X     do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

_____     unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), for trial purposes only, in the event that the assigned District Judge is unavailable on the date set for trial (e.g., because of other trial settings, civil or criminal).

4. Recommended cut-off date for filing of motions directed to the pleadings: April 3, 2015

5. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: October 30, 2015

6. Recommended discovery plan:

   a. Describe the subjects on which discovery is to be sought and the nature, extent and scope of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:

      - <u>Plaintiff</u>: Plaintiff needs discovery regarding government requirement, armoring process, testing, similar claims, and related matters, which will include written and deposition discovery of fact and expert witnesses.

      - <u>Defendant</u>: Defendant proposes written discovery & depositions on the government contractor defense and the state secrets doctrine, prior to any other discovery (see infra Section 6(c)).

   b. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitations to 25 interrogatories/requests for admissions and the limitation of 10 depositions, each lasting no more than one day consisting of seven (7) hours?

      - <u>Plaintiff</u>: None.

      - <u>Defendant</u>: None, provided discovery is phased per Section 6(c). To the extent that discovery will need to progress beyond the government contract defense and state secrets doctrine, more than 10 depositions may be necessary to understand the many factual issues and complicated history contained in Plaintiffs' Complaint.

   c. Additional recommended limitations on discovery:

      - <u>Plaintiff</u>: Plaintiffs oppose Defendant's proposed phase schedules.

      - <u>Defendant</u>: Defendant proposes a phased schedule with discovery limited initially to the government contractor defense and the state secrets doctrine. After discovery on those topics, to the extent that this litigation is still pending, the parties would commence discovery on liability and damages.

   d. Recommended date for disclosure of lay witnesses.

      - <u>Plaintiff</u>: December 18, 2015

      - <u>Defendant</u>: September 16, 2015

e. Describe the areas in which expert testimony is expected and indicate whether each expert has been or will be specifically retained within the meaning of Fed. R. Civ. P. 26(a)(2).

- Plaintiff: Plaintiff anticipates retaining expert(s) in armoring, engineering, and perhaps similar government/military projects.

- Defendant: Defendant anticipates retaining expert(s) in the same areas as Plaintiffs, as well as expert(s) to support the government contractor defense and the state secrets doctrine. If necessary, Defendant may retain expert(s) on damages.

f. Recommended date for making primary expert designations:

- Plaintiff: September 30, 2015

- Defendant: Defendant proposes the following staggered expert disclosure schedule: Plaintiffs would disclose their primary experts by September 30, 2015. Defendant would disclose its primary experts, and any rebuttal experts, by October 28, 2015. Plaintiffs would then disclose their rebuttal experts by November 11, 2015.

g. Recommended date for making rebuttal expert designations:

- Plaintiff: November 4, 2015

- Defendant: *See supra* Section 6(f).

h. The parties have electronically stored information in the following formats:

- Plaintiff: N/A

- Defendant: Formats of company materials vary based on content & purpose.

The case presents the following issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

- At this early stage, neither Plaintiff nor Defendant knows this information.

i. The case presents the following issues relating to claims of **privilege or of protection as trial preparation materials:**

- Plaintiff: Non-applicable to Plaintiff.

- Defendant: Defendant will request the Court's entry of a protective order regarding confidential, proprietary, and privileged information and documents.

Have the parties agreed on a procedure to assert such claims **AFTER** production?

    __X___ No

    _____ Yes

    _____ Yes, and the parties ask that the Court include their agreement in an order.

    j.    Recommended discovery cut-off date:

- <u>Plaintiff</u>: January 29, 2016

- <u>Defendant</u>: Defendant recommends July 31, 2015 for the discovery cut-off date for the government contract defense and state secret doctrine and, if necessary, January 26, 2016 for remaining issues.

7.    Recommended dispositive motion date:

- <u>Plaintiff</u>: February 12, 2016

- <u>Defendant</u>: Defendant recommends August 28, 2015 for dispositive motions related to the government contract defense and state secrets doctrine and, if necessary, February 12, 2016 for remaining issues.

8.    Recommended date for status conference (if any): _____

9.    Suggestions as to type and timing of efforts at Alternative Dispute Resolution:

- <u>Plaintiff</u>: Plaintiff suggests mediation by the end of 2015.

- <u>Defendant</u>: Defendant recommends mediation by September 30, 2015.

10.    Recommended date for a final pretrial conference: March 7, 2016

11.    Has a settlement demand been made?  No.   A response? N/A.

Date by which a settlement demand can be made: March 15, 2015

Date by which a response can be made: March 30, 2015

12.    Other matters pertinent to scheduling or management of this litigation:

Plaintiff suggests that trial commence no later than March 28, 2016.

Defendant suggests that trial begin no earlier than June 1, 2016.

Signatures:

*/s/ H. Louis Sirkin*
H. Louis Sirkin
Ohio Bar No. 0024573
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
Phone: (513) 721-4450
Fax: (513) 721-0109
hls@santen-hughes.com
*Trial Attorney for Mary M Zapata,*
*Individually and as Administrator of the*
*Estate of Jaime J. Zapata, Amador Zapata,Jr.*
*and Victor Avila, Jr.*

And by:

Benigno (Trey) Martinez
Federal Bar No. 23945
trey@mbymlaw.com
Tomas F. Tijerina
Federal Bar No. 1062166
tomas@mbymlaw.com
LAW OFFICE OF BENIGNO (TREY) MARTINEZ,
PLLC
1201 E. Van Buren
Brownsville, Texas 78520

E. Michael Rodriguez
Federal Bar No. 18759
mrodriguez@atlashall.com
Erin A. Hudson
Federal Bar No. 1101277
ehudson@atlashall.com
ATLAS, HALL & RODRIGUEZ, LLP
50 W. Morrison Road, Suite A
Brownsville, Texas 78520

*Mary M Zapata, Individually and as*
*Administrator of the Estate of Jaime J. Zapata,*
*Amador Zapata, Jr. and Victor Avila, Jr.*

*Pro Hac Vice*

*Russell S. Sayre*
Russell S. Sayre
Ohio Bar No. 0047125
**TAFT STETTINIUS & HOLLISTER, LLP**
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
sayre@taftlaw.com
*Trial Attorney for O'Gara-Hess & Eisenhardt*
*Armoring Company, L.L.C*

And by:

Bruce D. Campbell, Washington Bar No. 8629
BCampbell@perkinscoie.com
Mack H. Shultz, Washington Bar No. 27190
MShultz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

*O'Gara-Hess & Eisenhardt Armoring*
*Company, L.L.C*

*Pro hac vice* motion forthcoming